United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40204
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

HECTOR RAMOS-MENDIOLA,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-1287-1
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Hector Ramos-Mendiola (Ramos) appeals his conviction and

sentence following his guilty plea to possession of more than 100

kilograms of marijuana with intent to distribute.  Ramos argues

for the first time on appeal that the district court abused its

discretion when it imposed a condition of supervised release that

requires him to cooperate in the collection of his DNA.  Ramos's

claim is not ripe for review.  See United States v.

Riascos-Cuenu, 428 F.3d 1100, 1101-02 (5th Cir. 2005), petition

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for cert. filed (Jan. 9, 2006) (No. 05-8662).  Therefore, this court lacks jurisdiction to review this claim, and this portion of the appeal is dismissed.

Ramos correctly notes that his argument, made for the first time on appeal, that the district court lacked jurisdiction to convict and sentence him because 21 U.S.C. § 841 is unconstitutional under Apprendi v. New Jersey, 530 U.S. 466 (2000), is foreclosed by United States v. Slaughter, 238 F.3d 580, 582 (5th Cir. 2000).  Ramos's conviction is affirmed.

JUDGMENT AFFIRMED; APPEAL DISMISSED IN PART.